Argued July 25, affirmed July 25, 1973

STATE OF OREGON, *Respondent, v.*
DAN WALKER, wtn is Danny Ray Walker
(No. 27235), *Appellant.*
511 P2d 1258

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John W. Burgess,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.